# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD E. ALBERTSON, | : | |
| Plaintiff, | : | NO. 1:20-CV-00163-SES |
| | : | |
| -vs- | : | |
| | : | (SCHWAB, C.M.J.) |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

# ORDER

**AND NOW**, this ⎯2nd⎯ day of ⎯⎯July⎯⎯, 2020, upon consideration of Defendant's Unopposed Motion to Remand, and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and this case is remanded to the Commissioner for further proceedings.

On remand, the Commissioner, through the Appeals Council, will refer Plaintiff's case to a different Administrative Law Judge to further evaluate Plaintiff's claims, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

S/Susan E. Schwab
SUSAN E. SCHWAB
CHIEF U.S. MAGISTRATE JUDGE