UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD E. ALBERTSON, | : | |
| Plaintiff, | : | NO. 1:20-CV-00163-SES |
| | : | |
| -vs- | : | |
| | : | (SCHWAB, C.M.J.) |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | **[FILED VIA ECF]** |

## ORDER

AND NOW, this __23rd__ day of __September__, 2020, upon consideration of Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 15) and Defendant's concurrence thereto, it is hereby,

ORDERED that Plaintiff, Donald E. Albertson, is awarded Four Thousand Five Hundred Two Dollars and 75/100 Cents ($4,502.75) in attorney fees under the EAJA. These attorney fees will be paid directly to Plaintiff, Donald E. Albertson, and sent to the business address of Plaintiff's counsel, Thomas D. Sutton, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the

awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

        BY THE COURT:

        *Susan E. Schwab*

        _____

        SUSAN E. SCHWAB
        CHIEF U.S. MAGISTRATE JUDGE